UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAUNDA N. WILLIAMS                              JURY TRIAL DEMANDED

v.                                               CASE NO. 3:05CV

TRANS UNION LLC
BELDEN JEWELERS, A DIVISION OF STERLING JEWELERS, INC.
W.S. BADCOCK CORPORATON
    D/B/A BADCOCK HOME FURNISHING CENTERS
BURDINES, A DIVISION OF FEDERATED SYSTEMS GROUP, INC.

## COMPLAINT

1. This is an action against defendants for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act ("FCRA"), l5 U.S.C. §1681 *et seq.*, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a *et seq.*, the Consumer Credit Reports Act ("CCRA"), Conn. Gen. Stat. §36a-695, Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and common law.

2. This Court's jurisdiction is conferred by 15 U.S.C. §1681p and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in Connecticut. She was born in 1983 and is unmarried.

4. The defendant Trans Union is a consumer reporting agency within the meaning of the Fair Credit Reporting Act.

5. The defendant merchants (Belden, Burdines, Badcock) furnished information about charged off accounts to Trans Union.

6. Plaintiff disputed the merchants' tradelines.

7. Trans Union conveyed the disputes to the merchants.

8. Defendants verified that the collection accounts were correctly reporting on plaintiff's credit file after a consumer reporting agency conveyed the disputes to them.

9. On information and belief, based on information in Trans Union's credit files, the accounts belonged to a Florida resident, married to Craig, born in 1971, with a Florida driver's license, who worked at Canton engineering.

10. Defendants had sufficient information to determine, upon reasonable investigation, that the disputed tradelines were not accurately reporting in her name.

11. Defendant Trans Union continues to compile and distribute information with plaintiff's credit file that does not belong to her.

12. Upon information and belief, each defendant violated the FCRA by failing or refusing to comply with the obligation to properly reinvestigate the plaintiff's disputes or correct the disputed reporting.

13. Trans Union allowed entities to access plaintiff's report even though she had not initiated a transaction with those entities or they did not input plaintiff's identifying information.

14. Upon information and belief, each defendant acted willfully within the meaning of the FCRA.

15. This action does not constitute a request or authorization for any defendant or its representative to access plaintiff's credit file in existence on or after the date hereof.

16. As a direct and proximate result of each defendant's conduct, the plaintiff suffered actual damage including damage to her credit reputation, reduction of her credit score, reduction of her credit limit, inability to obtain credit, embarrassment, and emotional

distress.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and further relief as law or equity may provide, including injunctive relief.

                THE PLAINTIFF


                BY__/Joanne S. Faulkner_____
                JOANNE S. FAULKNER ct04137
                   123 Avon Street
                   New Haven, CT 06511-2422
                   (203) 772-0395
                   j.faulkner@snet.net


                        Joanne S. Faulkner